**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RONALD WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LAWRENCE MAHOLLY, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY OF** | : | |
| **PHILADELPHIA and THE ATTORNEY** | : | |
| **GENERAL OF THE STATE OF PA** | : | **NO.   15-1498** |

## ORDER

**NOW**, this 15th day of October, 2019, upon consideration of the Amended Petition for Writ of *Habeas Corpus* (Document No. 9-1), the response to the amended petition, the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Document No. 49), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1.      The petitioner's objections are **OVERRULED**;

2.      The Report and Recommendation of Magistrate Judge Timothy R. Rice is **APPROVED** and **ADOPTED**;

3.      The Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and,

4.      There is no probable cause to issue a certificate of appealability.


/s/ TIMOTHY J. SAVAGE J.